UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

DERRICK R. SMITH,            )
                             )
       Plaintiff,            )
                             )
  v.                         )   No. 1:16-CV-112 ACL
                             )
GEORGE LOMBARDI, et al.,     )
                             )
       Defendants.           )
                             )

## MEMORANDUM AND ORDER

Plaintiff has filed a notice of appeal but has failed to pay the statutory filing fee [Doc. #10]. Consequently, the Court will order plaintiff to pay the full $505 filing fee. Additionally, the Court notes that plaintiff may not proceed in forma pauperis on appeal, because he has incurred more than three "strikes" pursuant to 28 U.S.C. § 1915(g).[1]

Accordingly.

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505 fee for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future document or pleadings in

---

[1] *See Smith v. Crawford*, No. 09-6068-CV-SJ-HFS-P (W.D.Mo. 2009); *Smith v. Phillips*, No. 1:14CV186 ACL (E.D.Mo. 2015); *Smith v. Beggs*, No. 1:16CV89 SNLJ (E.D.Mo. 2016).

connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 29th day of September, 2016.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**